IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>            Plaintiff,<br><br>vs.<br><br>BRE/ESA P Portfolio, LLC,<br><br>            Defendant. | No. CV-17-04563-PHX-SPL<br><br>**ORDER** |

No stipulation to dismiss having been filed, in accordance with the Court's March 2, 2018 Order (Doc. 25),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 21st day of March, 2018.

Honorable Steven P. Logan
United States District Judge